BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 W. 9th Street, Room 937
P.O. Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: Jack.Schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) <u>COUNT 1:</u> |
| | ) EMBEZZLEMENT OF FUNDS BY |
| v. | ) OFFICER OR EMPLOYEE OF |
| | ) CREDIT UNION |
| KYLE THOMAS ERISMAN, | ) |
| | ) Vio. of 18 U.S.C. § 657 |
| Defendant. | ) |
| | ) |

<u>INFORMATION</u>

The United States Attorney charges:

<u>COUNT 1</u>

Between on or about May 3, 2017, and February 3, 2018, within the District of Alaska, the defendant, KYLE THOMAS ERISMAN, being an employee of True North Federal Credit Union, the deposits of which were insured by the National Credit Union

Administration Board, did knowingly and willfully steal, embezzle, and misapply, with the intent to defraud, a sum of more than $1,000.00 belonging to True North Federal Credit Union.

All of which is in violation of Title 18 United States Code Section 657.

RESPECTFULLY submitted on this 15th day of March, 2019, at Juneau, Alaska.

BRYAN SCHRODER
United States Attorney


*s/ Jack Schmidt*
JACK S. SCHMIDT
Assistant U.S. Attorney
United States of America

2

Case 1:19-cr-00003-TMB   Document 1   Filed 03/15/19   Page 2 of 2